UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60572-CV-DIMITROULEAS

EMMANUEL TORRES ZAMORA,

    Petitioner,

v.

CARLOS NUÑEZ, in his official capacity as Assistant Field Office Director, Broward Transitional Center; CYNTHIA SWAIN, in her Official capacity as Warden of Broward Transitional Center; GARRET RIPA, in his official capacity as Miami Field Office Director, Immigration and Customs Enforcement's Enforcement and Removal Operations; TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; and PAMELA BONDI, in her official capacity as Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW.

    Respondents.
_____/

## ORDER REQUIRING EXPEDITED RESPONSE FROM RESPONDENTS

**THIS CAUSE** is before the Court on Petitioner EMMANUEL TORRES ZAMORA ("Petitioner")'s Petition for Writ of Habeas Corpus and Request for Order to Show Cause (the "Petition") [DE 1], filed February 27, 2026. The Court has considered the Petition [DE 1] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. No later than **March 6, 2026**, Respondents shall file a response to the Petition. Petitioner may file a reply on or before March 11, 2026.

2. The Clerk is **DIRECTED** to send this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of March, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov